# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1195
_____

VERONICA TOLBERT,

    Appellant,

    v.

SEVEN HILLS HEALTH AND
REHABILITATION
CENTER/AMTRUST NORTH
AMERICA OF FLORIDA,

    Appellees.

_____


On appeal from an order of the Office of the Judges of
Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: July 10, 2017.

September 14, 2022


PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Veronica Tolbert, pro se, Appellant.

Rayford H. Taylor, Hall Booth Smith, P.C., Atlanta, Georgia, for Appellees.